IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3166 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PERRY J. ROEBER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Counsel for the defendant is the cousin of my wife. Inasmuch as my impartiality might reasonably be questioned when viewed objectively, I find that I should recuse myself from this case pursuant to 28 U.S.C. § 455(a).

IT IS ORDERED:

1. That the undersigned hereby withdraws from this case pursuant to 28 U.S.C. § 455(a); and

2. The Clerk of the United States District Court for the District of Nebraska shall reassign this case pursuant to the court's random reassignment procedure.

November 1, 2006                    BY THE COURT:

                                    *s/Richard G. Kopf*
                                    United States District Judge