IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3166 |
| v. | ) | |
| PERRY J. ROEBER, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Pursuant to the recusal of District Judge Richard G. Kopf in the above matter (Filing No. 13),

IT IS ORDERED that this case is reassigned to Senior District Judge Warren K. Urbom for all dispositional matters.

DATED this 1st day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge