```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )
                               )         4:06CR3166
          v.                   )
                               )
PERRY J. ROEBER,               )
                               )           ORDER
               Defendant.      )
                               )
```

Upon the reassignment of this case to United States Senior District Judge Warren K. Urbom,

IT IS ORDERED:

1. Trial is reset before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska on January 2, 2007 at 9:00 a.m. for a duration of four trial days. Jury selection will be held at commencement of trial.

2. All other provisions of the court's earlier progression order remain in effect.

DATED this 14th day of November, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge