```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3166 |
| v. | ) | |
| | ) | |
| PERRY J. ROEBER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for evaluation, filing 18, is granted and the pretrial services office is directed to arrange a substance abuse evaluation.

DATED this 14th day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge