IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3166 |
| | ) | |
| V. | ) | |
| | ) | |
| PERRY J. ROEBER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This case has been reassigned to the undersigned United States district judge.

IT IS ORDERED that Defendant Roeber's revocation hearing is rescheduled to Tuesday, January 10, 2012, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 15th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge